# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Ronny Barsness, | Civ. No. 20-0041 (PAM/BRT) |
| Petitioner, | |
| v. | |
| Paul Schnell, Commissioner of Minnesota Corrections; Catherine Johnson, Director; Renee Louck, Probation Agent, Hennepin Department of Community Corrections; and Keith Ellison, Attorney General for the State of Minnesota, | **ORDER** |
| Respondents. | |

This matter is before the Court on Respondents' Letter filed March 5, 2020, requesting an extension of the filing deadline for Respondents' answer. (Doc. No. 11) Therein, Respondents' counsel represents that Plaintiff's counsel has agreed to an extension of that deadline to March 11, 2020. Accordingly, **IT IS HEREBY ORDERED** that Respondents' request for an extension is granted, and Respondents shall file their responsive answer on or before **March 11, 2020**.

Dated: March 6, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge