UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Ronny Barsness,                                             Civ. No. 20-41 (PAM/BRT)

            Petitioner,

v.

                                                     **ORDER**

Paul Schnell, Catherine Johnson,
and Renee Louck,

            Respondents.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated October 7, 2020. The R&R recommends that Petitioner Paul Barsness's Petition for habeas-corpus relief be denied and no certificate of appealability be granted. Barsness failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 18).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Petition (Docket No. 1) is **DENIED**; and

2. No Certificate of Appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 10, 2020

                                                *s/ Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge